**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Healthcare Paycard LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   83 – 1408539
   EIN

5. **Debtor's address**

   **Principal place of business**

   5600 Tennyson Pkwy
   Number    Street

   Suite 190

   Plano                         Texas   75024
   City                          State   ZIP Code

   Collin County
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____  _____  _____
   City            State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____  _____  _____
   City            State  ZIP Code

Debtor __Healthcare Paycard LLC_____    Case number (if known)_____
        Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____ |
| | | Debtor _____  Relationship _____ |
| | | District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____ |

## Part 3:  Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor  Healthcare Paycard LLC
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| SNotes Investments, LLC | Promissory Note | $ 1,242,958.90 |
| SNotes Real Estate Holdings, LLC, Jeffery Blankinship, and Courtney Blankinship | Accomodation Note/Line of Credit | $ 2,115,000.00* |
| Jeffery Blankinship | Accomodation Note/Line of Credit | $ 1,985,000.00* |
| | Total of petitioners' claims | $ 5,342,958.90 |

**\*See Attachment A**

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

SNotes Investments, LLC
Name

3505 Westmont Drive
Number  Street

Plano       Texas       75093
City        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jeffery Blankinship
Name

3505 Westmont Drive
Number  Street

Plano       Texas       75093
City        State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/20/2023
             MM / DD / YYYY

X  /s/ Jeffery Blankinship, Member
Signature of petitioner or representative, including representative's title

### Attorneys

Rosa R. Orenstein
Printed name

Orenstein Law Group, P.C.
Firm name, if any

P.O. Box 382538, 711 S. Cedar Ridge Drive
Number  Street

Duncanville    Texas       75138
City           State       ZIP Code

Contact phone  (214) 757-9101   Email  rosa@orenstein-lg.com

Bar number  17153200

State  Texas

X  /s/ Rosa R. Orenstein
Signature of attorney

Date signed  4/20/2023
             MM / DD / YYYY

Debtor  Healthcare Paycard LLC  
      Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

SNotes Real Estate Holdings, LLC  
Name

3505 Westmont Drive  
Number   Street

Plano | Texas | 75093  
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jeffery Blankinship  
Name

3505 Westmont Drive  
Number   Street

Plano | Texas | 75093  
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/20/2023  
MM / DD / YYYY

✗ By: SNotes Investments, LLC, its Manager  
By: /s/ Jeffery Blankinship, Member and Director  
Signature of petitioner or representative, including representative's title

---

Rosa R. Orenstein  
Printed name

Orenstein Law Group, P.C.  
Firm name, if any

P.O. Box 382538, 711 S. Cedar Ridge Drive  
Number   Street

Duncanville | Texas | 75138  
City | State | ZIP Code

Contact phone  (214) 757-9101   Email  rosa@orenstein-lg.com

Bar number  17153200

State  Texas

✗ /s/ Rosa R. Orenstein  
Signature of attorney

Date signed  4/20/2023  
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Jeffery Blankinship  
Name

3505 Westmont Drive  
Number   Street

Plano | Texas | 75093  
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/20/2023  
MM / DD / YYYY

✗ /s/ Jeffery Blankinship  
Signature of petitioner or representative, including representative's title

---

Rosa R. Orenstein  
Printed name

Orenstein Law Group, P.C.  
Firm name, if any

P.O. Box 382538, 711 S. Cedar Ridge Drive  
Number   Street

Duncanville | Texas | 75138  
City | State | ZIP Code

Contact phone  (214) 757-9101   Email  rosa@orenstein-lg.com

Bar number  17153200

State  Texas

✗ /s/ Rosa R. Orenstein  
Signature of attorney

Date signed  4/20/2023  
MM / DD / YYYY

---

Debtor  Healthcare Paycard LLC  
Name

Case number (*if known*) _____

**Name and mailing address of petitioner**

Courtney Blankinship  
Name

3505 Westmont Drive  
Number   Street

Plano | Texas | 75093  
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number   Street

_____  
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/20/2023  
MM / DD / YYYY

✖ /s/ Courtney Blankinship  
Signature of petitioner or representative, including representative's title

---

Rosa R. Orenstein  
Printed name

Orenstein Law Group, P.C.  
Firm name, if any

P.O. Box 382538, 711 S. Cedar Ridge Drive  
Number   Street

Duncanville | Texas | 75138  
City | State | ZIP Code

Contact phone (214) 757-9101   Email rosa@orenstein-lg.com

Bar number  17153200

State  Texas

✖ /s/ Rosa R. Orenstein  
Signature of attorney

Date signed  4/20/2023  
MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____  
Name

_____  
Number   Street

_____  
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number   Street

_____  
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____  
MM / DD / YYYY

✖ _____  
Signature of petitioner or representative, including representative's title

---

_____  
Printed name

_____  
Firm name, if any

_____  
Number   Street

_____  
City   State   ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✖ _____  
Signature of attorney

Date signed  _____  
MM / DD / YYYY